PROB 12C [LAR]
(06/15)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Person Under Supervision

Name of Offender:   John Ricky Castelan-Jaimes        Case Number:     5:15CR00156-S-002

Name of Sentencing Judge:     The Honorable Marina Garcia Marmolejo

Date of Original Sentence:        December 9, 2015              **1:25-mj-01038**

Original Offense:     Conspiracy to Possess with intent to distribute a quantity of 5 kilograms
and more of a mixture and substance containing a detectable amount of
cocaine, its salts, optical and geometric isomers, and salts of isomers, a
Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1),
841(b)(1)(A) and 18 U.S.C. § 2

Original Sentence:     132 months custody, five years supervised release, 100 hours of community
services, participate in an inpatient or substance abuse treatment and $100
special assessment

Type of Supervision: Supervised Release          Supervision Started:   01/10/2025
                                                 Re-TSR:                07/29/2025

Assistant U.S. Attorney: Christopher dos Santos Defense Counsel: Francisco Montemayor, Jr.

---

### EARLIER COURT ACTION

**May 8, 2025:** Petition for Warrant of Summons for Person Under Supervision submitted to the
Court alleging 1) You shall not unlawfully possess a controlled substance; 2) You shall refrain
from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any
controlled substance or any paraphernalia related to any controlled substances, except as
prescribed by a physician; and 3) You shall answer truthfully all inquiries by the probation officer
and follow the instructions of the probation officer after the person under supervision submitted a
random urine specimen on March 31, 2025, that tested positive for opiates and denied use.  A
warrant was issued.

**May 12, 2025:** Warrant returned executed.

**July 25, 2025:** The person under supervision appeared before Magistrate Judge Brian Bajew and
pled true to the violations alleged in the petition.  His supervised release was revoked, and he
was sentenced to Time Served, followed by supervised release until the original expiration date
of January 9, 2030, with the following special conditions: substance abuse treatment, testing, and

RE:    John Ricky Castelan-Jaimes                                                                    2
       Dkt. No. 5:15CR00156-S-002

abstinence, and 100 hours of community service to be completed within the first two years of supervised release.

**July 29, 2025:** Order adopting report and recommendation filed.

**July 30, 2025:** Revocation judgement filed.

## PETITIONING THE COURT

**TO ISSUE A WARRANT** for the person under supervision located in <u>Austin, Texas</u>.

The probation officer believes the person under supervision has violated the following conditions of supervision:

<u>Violation Number</u>    <u>Nature of Noncompliance</u>

1          **Failure to submit to random substance abuse testing**

On July 29, 2025, Mr. Castelan-Jaimes recommenced his term of supervised release in the Western District of Texas, Austin Division, at which time he was referred to substance abuse treatment and testing.

On August 25, 2025, and August 26, 2025, Mr. Castelan-Jaimes failed to report for random urine specimens as required by the urinalysis program.

2          **You shall not unlawfully possess a controlled substance**

3          **You shall refrain from the unlawful use of a controlled substance**

On August 29, 2025, Mr. Castelan-Jaimes reported to the U.S. Probation Office and submitted a urine specimen for onsite testing that produced positive results for methamphetamine.  When advised of the results, he admitted both verbally and in writing to the use of methamphetamine.

4          **Failure to participate in substance abuse treatment as instructed**

On September 2, 2025, and September 9, 2025, Mr. Castelan-Jaimes missed his substance abuse treatment classes.

5          **Failure to notify USPO 10 days prior to change in residence**

RE:    John Ricky Castelan-Jaimes                                                    3
       Dkt. No. 5:15CR00156-S-002

On September 9, 2025, USPO Roberts contacted Mr. Castelan-Jaimes' sister, Beatriz Castelan, who stated her brother had not returned to her residence since August 29, 2025. USPO Roberts made multiple attempts to contact Mr. Castelan-Jaimes but was unsuccessful and his whereabouts are unknown.


**U.S. Probation Officer's Recommendation:** A warrant be issued, and no bond be set.

☒    The term of supervision should be

    ☒    revoked.

 

                                I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:                                              Respectfully submitted,


*Monica E. Abrego*

_____              By:   *Cristina D. Barrera*
Monica E. Abrego, Supervising                       _____
United States Probation Officer                     Cristina D. Barrera
                                                    Senior United States Probation Officer
                                                    September 16, 2025

RE:    John Ricky Castelan-Jaimes                                    **4**
       Dkt. No:   5:15CR00156-S-002

THE COURT ORDERS:

[  ]    No Action

[x]    The Issuance of a Warrant, and no bond.

[  ]    The Issuance of a Warrant. The magistrate judge shall determine whether to release the
       defendant on bond pending the revocation hearing.

[  ]    The Issuance of a Warrant, and no bond.  Furthermore, that the issue of
       Probation/Supervised Release violation be addressed by the U.S. District Court at the time
       of disposition of Criminal Case Number _____.

[  ]    The Probationer/Supervised Releasee be summoned to appear before the United States
       Magistrate Judge, Laredo, Texas, on _____ at
       _____ for an initial appearance in order to initiate Probation/Supervised
       Release revocation proceedings before the United States District Court, _____ Floor, 1300
       Victoria Street, Laredo Texas, on _____ at
       _____ to show cause why his/her Probation/Supervised Release should not
       be revoked.


[  ]    Other

_____
Marina Garcia Marmolejo
U. S. District Judge


September 22, 2025
_____
Date

TRUE COPY I CERTIFY
ATTEST: September 22, 2025
NATHAN OCHSNER, Clerk of Court
By: _s/ Jacquelin Bautista_
                    Deputy Clerk

# 9736184

AO  442  (Rev 11/11)  Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

Southern District of Texas
Laredo Division

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 5:15-CR-156-2 |
| **John Ricky Castelan-Jaimes** | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | ) | | |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    **John Ricky Castelan-Jaimes**                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

**Supervised Release Violation**

Date:         **September 22, 2025**

City and state:     Laredo, Texas

Nathan Ochsner
*Clerk of Court*

*Issuing Officer*

Bail Fixed at: $     **No bond**          **U.S. District Judge Marina Garcia Marmolejo**

*Name of Judicial Officer*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____        _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |